IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL ACTION |
| | : |
| v. | : NO. 19-40 |
| | : |
| **RAHIM AMIN** | : |

## ORDER

**AND NOW**, this 10th day of April 2019, upon considering the United States' Motion to dismiss the indictment at Criminal Number 19-40 against Defendant Rahim Amin (ECF Doc. No. 15) and noting the Defendant is charged with the same criminal conduct being adjudicated at Criminal Number 18-576, it is **ORDERED** the United States' Motion (ECF Doc. No. 15) is **GRANTED** and this indictment is **DISMISSED without prejudice.**

_____
KEARNEY, J.